UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LONG ISLAND CITY LAUNDRY COMPANY, INC.
and ALFONSO DEMARTINO,

                                Plaintiffs,

                 -against-

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.,

                                Defendants.

-------------------------------------------------------------------X

**19-CV-219 (KHP)**

**ORDER ADJOURNING STATUS CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light the Stipulation of Voluntary Dismissal filed on December 3, 2019 (doc. no 26) the Status Conference currently scheduled for **December 4, 2019** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
                December 3, 2019

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge